```
 1  BRIAN J. STRETCH (CABN 163973)
    United States Attorney
 2
    BARBARA J. VALLIERE (DCBN 439353)
 3  Chief, Criminal Division

 4  SCOTT SIMEON (NYBN 5012653)
    Assistant United States Attorney
 5
        150 Almaden Boulevard, Suite 900
 6      San Jose, California 95113
        Telephone: (408) 535-5061
 7      FAX: (408) 535-5066
        scott.simeon@usdoj.gov
 8
    Attorneys for United States of America
 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-70602 MAG |
| Plaintiff, | NOTICE OF DISMISSAL AND [~~PROPOSED~~] ORDER OF DISMISSAL |
| v. | |
| VANNESA SANCHEZ-DIAZ, | |
| Defendant. | |

With leave of the Court, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Northern District of California dismisses the complaint in the above-captioned case without prejudice.

DATED: May 4, 2017                    BRIAN J. STRETCH
                                      United States Attorney


                                      //s//
                                      SCOTT SIMEON
                                      Assistant United States Attorney

NOTICE OF DISMISSAL AND [~~PROPOSED~~] ORDER OF DISMISSAL
NO. CR 17-70602 MAG

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-70602 MAG |
| Plaintiff, | [~~PROPOSED~~] ORDER OF DISMISSAL |
| v. | |
| VANNESA SANCHEZ-DIAZ, | |
| Defendant. | |

The Court grants the government leave to dismiss the complaint. Accordingly, the complaint is hereby dismissed without prejudice, and defendant VANNESA SANCHEZ-DIAZ shall be released forthwith from the supervision of the Pretrial Services Office.

**IT IS SO ORDERED.**

DATED: May 4, 2017

GRANTED
Judge Nathanael M. Cousins

NOTICE OF DISMISSAL AND [~~PROPOSED~~] ORDER OF DISMISSAL
NO. CR 17-70602 MAG